No. 208. HERZOG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion the petition should be granted. *Frederick Bernays Wiener* and *Spurgeon Avakian* for petitioner. *Solicitor General Rankin, Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Rice* and *Philip Elman* for the United States.

No. 174. JOHNSON ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK would grant certiorari in this case to consider whether executive officers can impose penalties of the nature here without denying the constitutional guaranties of "due process of law and trial by jury" upheld by this Court in *Lipke* v. *Lederer,* 259 U. S. 557, 562. *Thurman Arnold* and *Milton V. Freeman* for petitioners. *Simon E. Sobeloff,* then Solicitor General, *Thomas G. Meeker, Arden L. Andresen* and *Ellwood L. Englander* for respondent.

No. 187. KAPLOW, EXECUTOR, *v.* REINFELD ET AL., DOING BUSINESS AS BRONFMAN INTERESTS AND BROWNE-VINTNERS CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Maurice Edelbaum* for petitioner. *Theodore Kiendl* and *William R. Meagher* for Reinfeld et al., and *Lowell Wadmond* and *Thomas Kiernan* for Bronfman et al., respondents.